IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF VIRTUAL FIRST DAY HEARING**

On July 23, 2024, Conn's Inc., and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") commenced these chapter 11 cases.

In accordance with Sections A and I of the Procedures for Complex Cases in the Southern District of Texas (the "Complex Case Procedures"), a virtual hearing is set for **July 24, 2024 at 11:00 a.m. (prevailing Central Time)** (the "First Day Hearing") before Judge Alfredo R Pérez of the United States Bankruptcy Court for the Southern District of Texas – Houston Division (the "Court") to consider the following motions:

- ***First Day Notice of Complex Ch. 11 Case.*** Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 2];

- ***Joint Administration Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 4];

- ***Extension of Time to File Schedules and Statements.*** Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 5];

- ***Cash Management Motion.*** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422).  The Debtors' service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 6];

- ***Dealer Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Dealer Claims in the Ordinary Course; (B) Continue Dealer Programs in the Ordinary Course; and (II) Granting Related Relief [Docket No. 7];

- ***NOL Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving Notifications and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 8];

- ***Wages Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course, and (II) Granting Related Relief [Docket No. 9]; and

- ***GOB Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Approving and Authorizing the Debtors to Assume and Perform Under the Store Closing Consulting Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving Modifications to Certain Customer Programs, (IV) Authorizing Bonuses for Non-Insider Employees of Closing Stores, and (V) Granting Related Relief [Docket No. 10];

- ***Lien Claimants Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Pay or Honor Certain Prepetition Lien Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 13];

- ***Claims and Noticing Agent Application.*** Debtors' <u>Emergency</u> Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 14];

- ***Utilities Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 16];

- ***Insurance Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Surety Bond Program and Satisfy Prepetition Obligations Related Thereto, (B) Authorizing the Debtors to Renew, Supplement, or Enter Into New Insurance Policies and Surety Bonds, (C) Continue Their Workers' Compensation Program, and (D) Authorizing Continuation of Premium Financing Agreements; and (II) Granting Related Relief [Docket No. 17];

- ***Equity and Creditor Matrix Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (A) Authorizing the Debtors to (I) File a Consolidated Creditor Matrix and (II) File a Consolidated List of 30 Largest Unsecured Creditors; (B) Waiving the Requirement to File a List of Equity Security Holders for Conn's Inc.; (C) Authorizing the Debtors to Redact Certain Personal Identifying Information; (D) Approving the Form and Manner of Notifying Customers of the Commencement of the Chapter 11 Cases and Other Information; and (E) Granting Related Relief [Docket No. 18];

- ***Customer Programs Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 19];

- ***Tax Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 20];

- ***Servicing Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Servicing and Administration Activities in the Ordinary Course of Business and (B) Pay Certain Prepetition Amounts Due to Servicing Vendors; and (II) Granting Related Relief [Docket No. 21];

- ***DIP Sealing Motion.*** Debtors <u>Emergency</u> Motion for Entry of an Order Authorizing the Debtors to File Under Seal the DIP Agent Fee Letter [Docket No. 22];

- ***DIP Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling a Final Hearing [Docket No. 24].

**The First Day Hearing will be conducted virtually <u>only</u>. No in-person attendance will be permitted.** Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's homepage. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the First Day Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

3

Dated: July 24, 2024
Houston, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Duston McFaul (TX Bar No. 24003309)
Jeri Leigh Miller (TX Bar No. 24102176)
Maegan Quejada (TX Bar No. 24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:     (713) 495-4500
Facsimile:     (713) 495-7799
Email:          dmcfaul@sidley.com
                jeri.miller@sidley.com
                mquejada@sidley.com
William E. Curtin (*pro hac vice* pending)
Michael Sabino (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:          wcurtin@sidley.com
                msabino@sidley.com

Jackson T. Garvey (*pro hac vice* pending)
One South Dearborn
Chicago, Illinois 60603
Telephone:     (312) 853-7000
Facsimile:     (312) 853-7036
Email:          jgarvey@sidley.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on July 24, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                      */s/ Jeri Leigh Miller*
                                                                      Jeri Leigh Miller