IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Joint Administration Requested) |

**AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JULY 24, 2024 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on July 24, 2024 at 11:00 a.m. (prevailing Central Time), before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 400, floor 4, 515 Rusk Avenue, Houston, TX 77002.

**AGENDA MATTERS**

**I.    Evidentiary Support for First Day Pleadings**

1. *First Day Declaration*. Declaration of Norman L. Miller in Support of Debtors' Chapter 11 Petitions and First Day Pleadings.
   [Docket No. 3]

2. *DIP Declaration*. Declaration of Saul Burian in Support of the Debtors' Motion to Obtain Postpetition Financing.
   [Docket No. 25]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422). The Debtors' service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

3. ***Declaration of Mark A. Renzi in Support of GOB Motion.*** Declaration of Mark A. Renzi in Support of Debtor's <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Approving and Authorizing the Debtors to Assume and Perform Under the Store Closing Consulting Agreement, (II) Approving the Procedures for Store Closing Sales, (III) Approving Modifications to Certain Customer Programs, (IV) Authorizing Bonuses for Non-Insider Employees of Closing Stores, and (V) Granting Related Relief.
[Docket No. 15]

4. ***Declaration of Timothy J. Shilling in Support of GOB Motion.*** Declaration of Timothy J. Shilling in Support of Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Approving and Authorizing the Debtors to Assume and Perform Under the Store Closing Consulting Agreement, (II) Approving the Procedures for Store Closing Sales, (III) Approving Modifications to Certain Customer Programs, (IV) Authorizing Bonuses for Non-Insider Employees of Closing Stores, and (V) Granting Related Relief.
[Docket No. 11]

5. ***Witness and Exhibit List.*** Debtors' Witness and Exhibit List for Omnibus Hearing Scheduled for July 24, 2024, at 11 a.m. (Prevailing Central Time).
[Docket No. 28]

## II. First Day Pleadings

1. ***Joint Administration Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief.
[Docket No. 4]

   **<u>Status</u>:**  This matter is going forward.

2. ***Extension of Time to File Schedules and Statements Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief.
[Docket No. 5]

   **<u>Status</u>:**  This matter is going forward.

3. ***Motion to Seal***. Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing the Debtors to File Under Seal the DIP Agent Fee Letter.
[Docket No. 22]

   a. <u>Related Documents</u>:

      i. *DIP Agent Fee Letter*
         [Docket No. 23]

   **<u>Status</u>:**  This matter is going forward.

4. ***DIP Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief.
   [Docket No. 24]

   a. Related Documents:

      i. *DIP Agent Fee Letter*
         [Docket No. 23]

      ii. *DIP Declaration*
          [Docket No. 25]

   **Status:** This matter is going forward.

5. ***Servicing Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue Servicing and Administration Activities in the Ordinary Course of Business and (II) Granting Related Relief.
   [Docket No. 21]

   a. Related Documents:

      i. *Notice of Revised Proposed Order of Servicing Motion*
         [Docket No. 27]

   **Status:** This matter is going forward.

6. ***Cash Management Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief.
   [Docket No. 6]

   a. Related Documents:

      i. *Exhibit C to Cash Management Motion: Cash Management Schematic*

      ii. *Exhibit D to Cash Management Motion: Bank Accounts*

   **Status:** This matter is going forward.

7. ***Dealer Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Dealer Claims in the Ordinary Course; (B) Continue Dealer Programs in the Ordinary Course; and (II) Granting Related Relief.
   [Docket No. 7]

   **Status:** This matter is going forward.

8. ***NOL Motion***. Debtors' Emergency Motion for Entry of an Order (I) Approving Notifications and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief.
   [Docket No. 8]

   **Status:** This matter is going forward.

9. ***Employee Wages Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course, and (II) Granting Related Relief.
   [Docket No. 9]

   **Status:** This matter is going forward.

10. ***GOB Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving and Authorizing the Debtors to Assume and Perform Under the Store Closing Consulting Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving Modifications to Certain Customer Programs, (IV) Authorizing Bonuses for Non-Insider Employees of Closing Stores, and (V) Granting Related Relief.
    [Docket No. 10]

    a. Related Documents:

       i. *Declaration of Timothy J. Shilling in Support of GOB Motion*
          [Docket No. 11]

       ii. *Declaration of Mark A. Renzi in Support of GOB Motion*
           [Docket No. 15]

    **Status:** This matter is going forward.

11. ***Lien Claimants Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay or Honor Certain Prepetition Lien Claims in the Ordinary Course of Business and (II) Granting Related Relief.
    [Docket No. 13]

    **Status:** This matter is going forward.

4

12. ***Claims and Noticing Agent Application.*** Debtors' <u>Emergency</u> Application for Entry of an Order Authorizing the Retention and Employment of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent.
    [Docket No. 14]

    **<u>Status</u>:**  This matter is going forward.

13. ***Utilities Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief.
    [Docket No. 16]

    **<u>Status</u>:**  This matter is going forward.

14. ***Insurance Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Surety Bond Program and Satisfy Prepetition Obligations Related Thereto, (B) Authorizing the Debtors to Renew, Supplement, or Enter Into New Insurance Policies and Surety Bonds, (C) Continue Their Workers' Compensation Program, and (D) Authorizing Continuation of Premium Financing Agreements; and (II) Granting Related Relief.
    [Docket No. 17]

    **<u>Status</u>:**  This matter is going forward.

15. ***Equity and Creditor Matrix Motion.*** Debtors' <u>Emergency</u> Motion for Entry of an Order (A) Authorizing the Debtors to (I) File a Consolidated Creditor Matrix and (II) File a Consolidated List of 30 Largest Unsecured Creditors; (B) Waiving the Requirement to File a List of Equity Security Holders for Conn's Inc.; (C) Authorizing the Debtors to Redact Certain Personal Identifying Information; (D) Approving the Form and Manner of Notifying Customers of the Commencement of the Chapter 11 Cases and Other Information; and (E) Granting Related Relief.
    [Docket No. 18]

    **<u>Status</u>:**  This matter is going forward.

16. ***Customer Programs Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief.
    [Docket No. 19]

    **<u>Status</u>:**  This matter is going forward.

5

17. **Tax Motion**. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief. [Docket No. 20]

    **Status:**  This matter is going forward.

| | |
|---|---|
| Dated: July 24, 2024<br>Houston, Texas | Respectfully submitted, |

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Duston McFaul (TX Bar No. 24003309)
Jeri Leigh Miller (TX Bar No. 24102176)
Maegan Quejada (TX Bar No. 24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:   (713) 495-4500
Facsimile:   (713) 495-7799
Email:   dmcfaul@sidley.com
             jeri.miller@sidley.com
             mquejada@sidley.com

William E. Curtin (*pro hac vice* pending)
Michael Sabino (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   wcurtin@sidley.com
             msabino@sidley.com

Jackson T. Garvey (*pro hac vice* pending)
One South Dearborn
Chicago, Illinois 60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036
Email:   jgarvey@sidley.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on July 24, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jeri Leigh Miller*
Jeri Leigh Miller
