Elisha D. Graff
Zachary J. Weiner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for JPMorgan Chase Bank, N.A. as Prepetition ABL Agent and Proposed DIP Agent*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., et al.[1] | Case No. 24-33357 |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS BY SIMPSON THACHER & BARTLETT LLP
ON BEHALF OF JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE THAT Simpson Thacher & Bartlett LLP ("Simpson Thacher") hereby appears in the above-captioned chapter 11 cases as attorneys for JPMorgan Chase Bank, N.A. (the "Prepetition ABL Agent" and the "DIP Agent"). Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Simpson Thacher requests that all notices given or required to be given in these cases, and all papers served or required to be served

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422). The Debtor's service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

in these cases, be given to and served upon Simpson Thacher at the office, address and telephone number set forth below, and that Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

>Elisha D. Graff, Esq.
>Zachary J. Weiner, Esq.
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>
>Email:egraff@stblaw.com
>Email:zachary.weiner@stblaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections specified above but also includes, without limitation, all orders, notices, applications, complaints or demands, motions, petitions, pleadings or requests, disclosure statements or plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, facsimile, telegraph or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance and Demand for Service of Papers (this "Notice"), nor any subsequent appearance, pleading, proof of claim, claim or suit is intended nor shall be deemed to waive the Prepetition ABL Agent's or DIP Agent's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Southern District of Texas – Houston Division (the "District Court"); (ii) right to trial by jury in any proceeding related to these chapter 11 cases or any case, controversy or proceeding related hereto; (iii) right to have the reference

withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: July 24, 2024
      New York, New York

Respectfully submitted,

*/s/ Elisha D. Graff*
Elisha D. Graff (*pro hac vice pending*)
Zachary J. Weiner (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: egraff@stblaw.com
      zachary.weiner@stblaw.com

*Counsel for the Prepetition ABL Agent and Proposed DIP Agent*