IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF REVISED PROPOSED FINAL DIP ORDER

**PLEASE TAKE NOTICE THAT** on July 24, 2024, Conn's, Inc. and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Amended Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 47] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on July 24, 2024, the United States Bankruptcy Court for the Southern District of Texas approved the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to*

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are:  Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422).  The Debtor's service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

*Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 86] (the "<u>Interim DIP Order</u>").

       **PLEASE TAKE FURTHER NOTICE THAT** on August 22, 2024, the Debtors filed the *Notice of Filing of Proposed Final DIP Order* [Docket No. 389], which attached a proposed form of final order approving the DIP Motion as Exhibit A thereto (the "<u>Initial Proposed Final DIP Order</u>").

       **PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a revised proposed *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* (the "<u>Proposed Final DIP Order</u>"), attached hereto as **Exhibit A**.

       **PLEASE TAKE FURTHER NOTICE THAT** a redline of the Proposed Final DIP Order against the Interim DIP Order is attached hereto as **Exhibit B**, and a redline of the Proposed Final DIP Order against the Initial Proposed Final DIP Order is attached hereto as **Exhibit C**.

[<em>Remainder of the page intentionally left blank</em>]

2

Dated: August 31, 2024
Houston, Texas

/s/ *Jeri Leigh Miller*

**SIDLEY AUSTIN LLP**
Duston McFaul (TX Bar No. 24003309)
Jeri Leigh Miller (TX Bar No. 24102176)
Maegan Quejada (TX Bar No.  24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:    (713) 495-4500
Facsimile:    (713) 495-7799
Email:         dmcfaul@sidley.com
                jeri.miller@sidley.com
                mquejada@sidley.com

William E. Curtin (admitted *pro hac vice*)
Michael Sabino (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:         wcurtin@sidley.com
                msabino@sidley.com

Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036
Email:         jgarvey@sidley.com

*Counsel to the Debtors and Debtors in
Possession*

**<u>Certificate of Service</u>**

I certify that on August 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Jeri Leigh Miller
Jeri Leigh Miller