IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING OF MATTERS SCHEDULED FOR
SEPTEMBER 4, 2024 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on September 4, 2024 at 9:00 a.m. (prevailing Central Time), before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas.

**AGENDA MATTERS**

**I.    Evidentiary Support for Pleadings**

1. ***First Day Declaration***. Declaration of Norman L. Miller in Support of Debtors' Chapter 11 Petitions and First Day Pleadings
[Docket No. 3]

2. ***DIP Declaration***. Amended Declaration of Saul Burian in Support of the Debtors' Motion to Obtain Postpetition Financing
[Docket No. 49]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422).  The Debtors' service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

3. ***Witness and Exhibit List***. Debtors' Witness and Exhibit List for Hearing Scheduled for August 27, 2024, at 1:00 p.m. (Prevailing Central Time)
   [Docket No. 394]

**II.     Matters Going Forward**

1. ***DIP Motion***. Debtors' Amended <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief
   [Docket No. 47]

   a. <u>Related Documents</u>:

      i. *Amended Declaration of Saul Burian in Support of the Debtors' Motion to Obtain Postpetition Financing*
         [Docket No. 49]

      ii. *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief*
         [Docket No. 86]

      iii. *Notice of Filing of Proposed Final DIP Order*
         [Docket No. 389]

      iv. *Notice of Filing of Revised Proposed Final DIP Order*
         [Docket No. 460]

   b. <u>Responses Received</u>:

      i. **Resolved**: Limited Objection and Reservation of Rights of Electrolux Consumer Products, Inc. to DIP Motion
         [Docket No. 311]

      ii. **Withdrawn**: Badcock Dealers' Limited Objection to Debtors' Amended Emergency Motion for Entry of Inerim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief
         [Docket No. 313]

      1. *Notice of Withdrawal*
        [Docket No. 314]

iii. **Resolved**: Reservation of Rights of Computershare Trust Company, N.A. to the Debtors' (I) Cash Management Motion, (II) DIP Financing Motion and (III) Bidding Procedures Motion
[Docket No. 321]

iv. **Not Resolved**: Limited Objection and Joinder of Certain Landlords to Debtors' Amended Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief
[Docket No. 379]

v. **Not Resolved**: Joinder of Certain Landlords to: Limited Objection and Joinder of Certain Landlords to Debtors' Amended Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Utilize Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief
[Docket No. 387]

vi. **Resolved**: Reservation of Rights of Acadia Realty Trust, ARG ACHOUTX001, LLC, ARG HCHOULA001, LLC, Aronov Realty Management, Inc., Brixmor Operating Partnership LP, Chandler Festival SPE LLC, TOP25 – 7200 US Highway 19 N LLC and Weitzman to Debtors' Dip Motion
[Docket No. 388]

vii. **Resolved**: Limited Objection and Reservation of Rights of the Assurant Parties to Debtors' Amended Emergency Motion for Entry of Interim and Final Orders Authorizing Debtor-In-Possession Financing
[Docket No. 399]

**Status:** This matter is going forward.

| | |
|---|---|
| Dated: September 3, 2024<br>Houston, Texas | Respectfully submitted,<br><br>/s/ *Duston K. McFaul*<br>**SIDLEY AUSTIN LLP**<br>Duston K. McFaul (TX Bar No. 24003309)<br>Jeri Leigh Miller (TX Bar No. 24102176)<br>Maegan Quejada (TX Bar No. 24105999)<br>1000 Louisiana Street, Suite 5900<br>Houston, Texas 77002<br>Telephone: (713) 495-4500<br>Facsimile: (713) 495-7799<br>Email: dmcfaul@sidley.com<br>jeri.miller@sidley.com<br>mquejada@sidley.com<br><br>William E. Curtin (admitted *pro hac vice*)<br>Michael Sabino (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: wcurtin@sidley.com<br>msabino@sidley.com<br><br>Jackson T. Garvey (admitted *pro hac vice*)<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Email: jgarvey@sidley.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

I certify that on September 3, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Duston K. McFaul
Duston K. McFaul