IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CONN'S, INC., et al.[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-33357 (ARP)<br><br>(Jointly Administered) |

**DECLARATION OF MARK A. RENZI IN SUPPORT OF
DEBTORS' OPPOSITION TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' EMERGENCY MOTION**

(Rel. Dkt. No. 665)

I, Mark A. Renzi, hereby declare:

1. I am a Managing Director and Head of the Corporate Finance Financial Institutions Group for Berkeley Research Group, LLC ("BRG") and was appointed Chief Restructuring Officer of the above captioned Debtors prior to the Petition Date.

2. On August 14, 2024, BRG sent Debtors' KEIP proposal to Province, the financial advisor of the Official Committee of Unsecured Creditors (the "Committee"), and discussed the KEIP proposal by phone on August 16, 2024.

3. On August 28, 2024, BRG followed-up with Province to ask whether it or the Committee had any questions or would like to discuss the KEIP proposal further, noting that Debtors wanted to get it on file.

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422).  The Debtor's service address is 2445 Technology Forest Blvd., Suite 800, The Woodlands, TX 77381.

4. On August 30, 2024, Debtors' filed Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement the Key Employee Incentive Program and (II) Granting Related Relief (the "KEIP Motion")

5. On September 6, 2024, the Committee's counsel informed Debtors and BRG that the Committee intended to object to the KEIP Motion.

6. The Committee served document requests related to Debtors' proposed KEIP on September 10, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

/s/ *Mark A. Renzi*

Mark A. Renzi