United States Courts
Southern District of Texas
FILED

FEB 24 2025

Nathan Ochsner, Clerk of Court

US BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS
Conn's
Case 24-33357

Shawn M. Oaklief

Attached is collection letter from Jefferson Capital located at 200 14th Avenue E, Dept C, Sartell, MN 56377 attempting to collect a debt while Conn's is in bankruptcy.

Jefferson Capital has further damaged my credit and has filed false allegations.

Both Conn's and Jefferson Capital should be penalized for their fraudulent actions.

Its obvious that Conn's has employed Jefferson Capital. Jefferson Capital is now in possession of my personal and financial information.

This Motion is to inform the court of the fraudulent actions set out by Conn's and Jefferson Capital.

Shawn Oaklief seeks damages toward Conn's and Jefferson Capital as court deems amount.

Respectfully submitted,

Shawn Oaklief
10021 E. Impala Avenue
Mesa, AZ 85209

cc
Jefferson Capital Systems, LLC
Dept #6419
PO Box 11407
Birmingham, AL 35246-6419

Current Creditor: JEFFERSON CAPITAL SYSTEMS LLC
Debt Description: CONNS
JCS Reference #: 3993048065
Account #: 549049130
Amount of the Debt: $6,044.24






February 11, 2025





FRAUD - CONN IS BANKRUPT!

## Payment Offers Available

Dear Shawn Oaklief:

Paying your outstanding balance can seem stressful. We have payment offers available to help you. You can decide which plan works for you right now.

**Offer #1 - Single payment and the largest savings**
Resolve your account with a lump sum payment of $2,115.48 which represents an approximate 65% savings.

**Offer #2 - Payment plan with savings**
Resolve your account with 12 monthly payments of $201.47 which represents an approximate 60% savings.

**Offer #3 - Pay your account in full with monthly payments**
Resolve your account with 36 monthly payments of $167.89 which represents payment of full balance.

These offers expire on March 2, 2025. We are not obligated to renew these offers, however, if you would like additional time to respond to these options, please contact us.

We will request the credit bureaus delete the tradeline approximately 30 days after the final payment has been posted that resolves this account.

If none of these options work for you, there is still room to customize as needed. Our staff is trained to assist you with a program that suits your needs.

**Nothing contained within this letter changes, or in any way limits any of your legal rights, including your rights as set forth in our first letter to you about this account.**

**How to contact us:**

- Visit our web site at www.MyJCAP.com
- By Phone: 844-362-7361 (English and Espanol)
- Hours of Operation: Mon-Thurs 8 AM - 6 PM, Fri 8 AM - 4 PM Central Time
- Send correspondence to: 200 14th Avenue E, Sartell, MN 56377
- Mail payments to: Jefferson Capital Systems, LLC
  Dept #6419
  PO Box 11407
  Birmingham, AL 35246-6419

Visit our web site at:
www.MyJCAP.com

Sincerely,
Jefferson Capital Systems, LLC

Copied TO US BANKRUPTCY COURT

**Complaints:** If you have a complaint, please write to us at 200 14th Avenue E Dept. C, Sartell, MN 56377 or call us toll-free at 1-888-718-0048, Monday through Friday.