**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING OF MATTERS SCHEDULED FOR
APRIL 15, 2025 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on April 15, 2025 at 10:00 a.m. (prevailing Central Time), before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas.

**AGENDA MATTERS**

**I.   Related Pleadings**

1. ***Motion for Accelerated Payment Procedures.*** *Debtors' Emergency Motion for Entry of an Order (I) Approving the Accelerated Payment Procedures; and (II) Granting Related Relief* [Docket No. [•]].

    a.  Responses: None

    **STATUS**: This matter was filed on an emergency basis with the consent and support of the Committee and BRF Finance Co., LLC and is going forward on an uncontested basis.

    [*The remainder of this page is intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422). The Debtors' service address is 10077 Grogan's Mill Road Suite 303, The Woodlands, TX 77380.

Dated: April 14, 2025  
Houston, Texas

Respectfully submitted,

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Duston K. McFaul (TX Bar No. 24003309)
Jeri Leigh Miller (TX Bar No. 24102176)
Maegan Quejada (TX Bar No. 24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:     (713) 495-4500
Facsimile:     (713) 495-7799
Email:         dmcfaul@sidley.com
               jeri.miller@sidley.com
               mquejada@sidley.com


Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:     (312) 853-7000
Facsimile:     (312) 853-7036
Email:         jgarvey@sidley.com


*Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on April 14, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jeri Leigh Miller*
Jeri Leigh Miller