IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CONN'S, INC., *et al.*[1] | Case No. 24-33357 (ARP) |
| Debtors. | (Jointly Administered) |

**AMENDED AGENDA FOR HEARING OF MATTERS SCHEDULED FOR
JUNE 9, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this amended agenda for matters set for hearing on **June 9, 2025 at 9:00 a.m.** (prevailing Central Time), before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas.

**AGENDA MATTERS**

I. **Motion to Conditionally Approve the Disclosure Statement.** *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (II) Conditionally Approving the Disclosure Statement; (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; and (IV) Granting Related Relief* [Docket No. 1729].

 1. Related Documents

    a. *Notice of Revised Disclosure Statement Order* [Docket No. 1798]

    b. *Notice of Filing of Redline of Disclosure Statement for Joint Plan of Distribution of Conn's, Inc. and its Debtor Affiliates* [Docket No. 1797]

    c. *Notice of Filing of Redline of the First Amended Joint Chapter 11 Plan of Distribution of Conn's, Inc. and its Debtor Affiliates* [Docket No. 1796]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422). The Debtors' service address is 10077 Grogan's Mill Road Suite 303, The Woodlands, TX 77380.

    d. *Disclosure Statement for the First Amended Joint Plan of Distribution of Conn's Inc. and its Debtor Affiliates* [Docket No. 1795]

    e. *First Amended Joint Chapter 11 Plan of Distribution of Conn's, Inc. and its Debtor Affiliates* [Docket No. 1794]

    f. *Debtors' Certificate of Service of (a) Disclosure Statement; (II) Chapter 11 Plan; and (III)Motion to Approve the Disclosure Statement* [Docket No. 1746].

    g. *Joint Chapter 11 Plan of Distribution of Conn's, Inc. and its Debtor Affiliates* [Docket No. 1728].

    h. *Debtors' Disclosure Statement for Joint Plan of Distribution of Conn's, Inc. and its Debtor Affiliates* [Docket No. 1727].

2. <u>Responses</u>:

    a. *United States Trustee's Objection to Conditional Approval of Disclosure Statement for the Joint Chapter 11 Plan and Related Solicitation Procedures* [Docket No. 1780]

**STATUS**: This matter is going forward. The Debtors understand the U.S. Trustee intends to carry its objections to the combined hearing on final approval of the Disclosure Statement and confirmation of the Plan. The Debtors understand there may be one open issue with Stephens Group, LLC to be raised at the hearing.

[*The remainder of this page is intentionally left blank.*]

Dated: June 9, 2025    Respectfully submitted,
Houston, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Duston K. McFaul (TX Bar No. 24003309)
Jeri Leigh Miller (TX Bar No. 24102176)
Maegan Quejada (TX Bar No. 24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:  (713) 495-4500
Facsimile:  (713) 495-7799
Email:  dmcfaul@sidley.com
    jeri.miller@sidley.com
    mquejada@sidley.com


Jackson T. Garvey (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jgarvey@sidley.com


*Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on June 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ Jeri Leigh Miller*
                                        Jeri Leigh Miller