**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CONN'S, INC., *et al.*[1]<br><br>Wind-Down Debtors. | Chapter 11<br><br>Case No. 24-33357 (ARP)<br><br>(Jointly Administered) |

**NOTES TO THE POST-CONFIRMATION REPORT**

Reporting Period: July 1, 2026 – September 30, 2026

On July 23, 2024, (the "Petition Date")[2] Conn's, Inc. and its affiliated wind-down debtors in the above-captioned chapter 11 cases (collectively, the "Wind-Down Debtors") commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). On July 24, 2024, the Court entered an order [Docket No. 39] authorizing joint administration and procedural consolidation of the Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b). On August 5, 2024, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Creditors Committee") [Docket No. 230]. No request for the appointment of a trustee or examiner has been made in the Chapter 11 Cases.

On July 21, 2025, the Court entered the order [Docket No. 1931] confirming the *Third Amended Joint Chapter 11 Plan of Distribution of Conn's, Inc. and Its Debtor Affiliates* [Docket No. 1870] (including any exhibits, schedules, and supplements thereto and as may be amended, restated, supplemented, or otherwise modified from time to time in the accordance with the terms thereof and hereof, the "Plan"). The Plan was substantially consummated and became effective on July 31, 2025 [Docket No. 1966] (the "Effective Date").

Pursuant to the Plan, as of the Effective Date, Michael Shenk was appointed as Plan Administrator under the Plan to serve in accordance with the Plan, including to be the sole remaining officer or manager of the Wind-Down Debtors [Docket No. 1872].

---

[1] The Wind-Down Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Conn's, Inc. (2840), Conn Appliances, Inc. (0706), CAI Holding, LLC (2675), Conn Lending, LLC (9857), Conn Credit I, LP (0545), Conn Credit Corporation, Inc. (9273), CAI Credit Insurance Agency, Inc. (5846), New RTO, LLC (6400), W.S. Badcock LLC (2010), W.S. Badcock Credit LLC (5990), and W.S. Badcock Credit I LLC (6422). The Wind-Down Debtors' service address is 10077 Grogan's Mill Road Suite 303, The Woodlands, TX 77380.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

The Plan Administrator and Wind-Down Debtors are filing their Post-Confirmation Reports ("PCR" or "PCRs") solely for the purposes of complying with the post-confirmation reporting requirements applicable in the Wind-Down Debtors' Chapter 11 Cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS"). This PCR should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Wind-Down Debtors or their affiliates.

The Wind-Down Debtors reserve all rights to amend or supplement this PCR in all respects, as may be necessary or appropriate. Nothing contained in this PCR shall constitute a waiver of any of the Wind-Down Debtor's rights or an admission with respect to the Chapter 11 Cases.

**PCR Part 1: Summary of Post-Confirmation Transfers** – As of the end of the Reporting Period, the remaining open bank accounts are held in the name of Conn Appliances, Inc. ("Conn").

**PCR Part 2: Pre-Confirmation Professional Fees and Expenses** – Pre-confirmation professional fees and expenses were primarily paid from the professional fee reserve account held by Epiq at Citizens Bank, account *7824 ("Professional Fee Reserve"). All pre-effective date transfers made by the Wind-Down Debtors to the Professional Fee Reserve have been included in disbursements on the Wind-Down Debtors' prior monthly operating reports. The balance in the Professional Fee Reserve totaling $1,923,004 was transferred to Conn on October 3, 2025 and the Professional Fee Reserve was subsequently closed.

During the Reporting Period, Conn disbursed $0.00 from its bank account for pre-confirmation professional fees and expenses.

**PCR Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan** – The claims reconciliation process is ongoing. Accordingly, Total Anticipated Payments under the Plan and Total Allowed Claims have not been determined as of the filing date of the PCR. Payments made during the Reporting Period are treated as a reduction of the creditors' estimated claims.

In Conn's PCR, payments made during the reporting period totaled $877,391.31 and are included in Parts 3a, 3b and 3c of the PCR. These payments are treated as a reduction of the creditors' estimated claims.

*** * * END OF NOTES TO THE POST-CONFIRMATION REPORT* * ***